Hearing Date: April 28, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| RUIZ, ROBERTA | § | Case No. 10-04634 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetterer |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Thursday, April 28, 2011
in Courtroom  682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                            Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RUIZ, ROBERTA § Case No. 10-04634
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,001.18 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,001.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,250.00 |
| Remaining Balance | | | $ 3,751.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,532.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 2,262.31 | $ 0.00 | $ 1,126.61 |
| 000002 | TEMPUS PALMS INTERNATIONAL LTD | $ 5,270.29 | $ 0.00 | $ 2,624.57 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,751.18 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

               Prepared By: /s/_____
                       Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 10-04634-JBS
Roberta Ruiz                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun              Page 1 of 1                  Date Rcvd: Mar 09, 2011
                              Form ID: pdf006             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2011.
```
db          +Roberta Ruiz,    4143 N. Austin Ave.,    Chicago, IL 60634-1609
aty         +Ben L Schneider,    Schneider & Stone,    8424 Skokie Blvd.,   Suite 200,   Skokie, IL 60077-2568
tr          +Joseph A Baldi, Tr,   Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
15518829     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15069282    +Chase- Bp,   225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
15069283     Green Tree,   Mailstop L800H; 345 St. Peter Stree,    800 Landmark Towers,   Saint Paul, MN 55102
15069284    +Hsbc/ms,   Po Box 3425,    Buffalo, NY 14240-3425
15069285    +Hsbc/rs,   Hsbc Retail Services Attn: Bankruptcy,    Po Box 5263,   Carol Stream, IL 60197-5263
15069286    +Peoples Gas,   C/O Bankruptcy Department,    130 E. Randolph Drive,   Chicago, IL 60601-6302
15069287    +Sallie Mae,   11100 Usa Pkwy,    Fishers, IN 46037-9203
15069288    +Tempus Palms International Ltd,    Bankruptcy Dept,   7380 Sand Lake Road Suite 600,
              Orlando, FL 32819-5259
15069290    +Wf Fin Bank,   Wells Fargo Financial,    4137 121st St,   Urbandale, IA 50323-2310
15069289    +Wf Fin Bank,   Wells Fargo Financial,    4137 121st St,   Urbendale, IA 50323-2310
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15069287    +E-mail/PDF: pa_dc_claims@salliemae.com Mar 10 2011 12:43:05     Sallie Mae,   11100 Usa Pkwy,
              Fishers, IN 46037-9203
                                                                                             TOTAL: 1
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15530199*   +TEMPUS PALMS INTERNATIONAL LTD,    BANKRUPTCY DEPARTMENT,   7380 SAND LAKE ROAD SUITE 600,
              ORLANDO FL 32819-5259
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2011**                    **Signature:**  _Joseph Speetjens_