UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
RUIZ, ROBERTA                         §     Case No. 10-04634
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on                . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Green Tree Mailstop L800H; 345 St. Peter Stree 800 Landmark Towers Saint Paul, MN 55102 |  |  |  |  |  |
|  | Hsbc/ms Po Box 3425 Buffalo, NY 14240 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tempus Resorts 5422 Carrier Dr Ste 100 Orlando, FL 32819 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| | Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | | | | |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbendale, IA 50323 | | | | | |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbandale, IA 50323 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | TEMPUS PALMS INTERNATIONAL LTD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-04634 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | RUIZ, ROBERTA | | | Date Filed (f) or Converted (c): | 02/08/10 (f) |
| | | | | 341(a) Meeting Date: | 03/12/10 |
| For Period Ending: | 06/27/11 | | | Claims Bar Date: | 07/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.31 | Unknown |
| 2. Location: 4143 N. Austin Ave., Chicago IL | 193,000.00 | 0.00 | | 0.00 | FA |
| 3. Time Share | 0.00 | 0.00 | | 0.00 | FA |
| 4. Bank of America Checking | 300.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America Savings | 100.00 | 0.00 | | 0.00 | FA |
| 6. TCF Checking | 200.00 | 0.00 | | 0.00 | FA |
| 7. Corporate America Savings | 300.00 | 0.00 | | 0.00 | FA |
| 8. Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 600.00 | 600.00 | | 0.00 | FA |
| 10. 403(b) retirement account | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Pontiac G6: 13000 miles | 7,200.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refunds (u) Income tax refund for 2009 | 0.00 | 5,000.00 | | 5,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $207,200.00 | $5,600.00 | | $5,001.31 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated assets; Trustee resolved claim issues; Trustee is in the process of preparing the TFR

Initial Projected Date of Final Report (TFR): 04/15/11     Current Projected Date of Final Report (TFR): 04/15/11

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-04634 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | RUIZ, ROBERTA | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6338  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9629 | | | |
| For Period Ending: | 06/27/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/10 | 12 | Ruiz, Roberta<br>c/o TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge   IL  60521-6486 | Tax Refund | 1224-000 | 5,000.00 | | 5,000.00 |
| 04/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 5,000.04 |
| 05/28/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,000.17 |
| 06/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,000.30 |
| 07/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,000.42 |
| 08/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,000.55 |
| 09/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,000.67 |
| 10/29/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,000.79 |
| 11/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,000.92 |
| 12/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,001.05 |
| 01/31/11 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,001.18 |
| 02/28/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,001.22 |
| 03/16/11 | | Transfer to Acct #*******6881 | Bank Funds Transfer | 9999-000 | | 6.95 | 4,994.27 |
| 03/31/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,994.31 |
| 04/29/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,994.35 |
| 05/04/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,994.36 |
| 05/04/11 | | Transfer to Acct #*******6881 | Final Posting Transfer<br>for final distribution | 9999-000 | | 4,994.36 | 0.00 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04634 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | RUIZ, ROBERTA | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6338 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9629 | | |
| For Period Ending: | 06/27/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******6338 | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 5,000.00 | 0 | Checks | 0.00 |
| | 14 | Interest Postings | 1.31 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 5,001.31 |
| | | Subtotal | $ 5,001.31 | | | |
| | | | | | Total | $ 5,001.31 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 5,001.31 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-04634 -JBS |
| Case Name: | RUIZ, ROBERTA |
| Taxpayer ID No: | *******9629 |
| For Period Ending: | 06/27/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6881 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6338 | Bank Funds Transfer | 9999-000 | 6.95 | | 6.95 |
| 03/16/11 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 6.95 | 0.00 |
| 05/04/11 | | Transfer from Acct #*******6338 | Transfer In From MMA Account<br>for final distribution | 9999-000 | 4,994.36 | | 4,994.36 |
| 05/04/11 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,250.00 | 3,744.36 |
| 05/04/11 | 001003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 49.71% | 7100-000 | | 1,124.57 | 2,619.79 |
| 05/04/11 | 001004 | TEMPUS PALMS INTERNATIONAL LTD<br>BANKRUPTCY DEPARTMENT<br>7380 SAND LAKE ROAD SUITE 600<br>ORLANDO FL 32819 | Claim 000002, Payment 49.71% | 7100-000 | | 2,619.79 | 0.00 |

| Account *******6881 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 4 | Checks | 5,001.31 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 5,001.31 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 5,001.31 | | | |
| | Total | $ 5,001.31 | | | |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 10)*  Ver: 16.02b

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-04634 -JBS |
| Case Name: | RUIZ, ROBERTA |
| Taxpayer ID No: | *******9629 |
| For Period Ending: | 06/27/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6881 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| | 1  Deposits | 5,000.00 | 4 | Checks | 5,001.31 |
| | 14  Interest Postings | 1.31 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 5,001.31 |
| | Subtotal | $ 5,001.31 | | | |
| | | | | Total | $ 10,002.62 |
| | 0  Adjustments In | 0.00 | | | |
| | 2  Transfers In | 5,001.31 | | | |
| | Total | $ 10,002.62 | | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.02b